# AFFIDAVIT

1. I, Eric Centa, am a Task Force Officer ("TFO") with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), United States Department of Justice, and have been since October 2021. I have also been employed by the Portage County Sheriff's Office ("PCSO") as a Detective since December 2013. I attended the Mount Union College and graduated with a Bachelor of Science degree in Sociology with a minor in Political Science and a concentration in Criminal Justice. Additionally, I have completed numerous specialized training courses through organizations such as the Ohio High Intensity Drug Trafficking Area ("HIDTA"), Drug Enforcement Administration ("DEA"), Ohio Peace Officers Training Academy ("OPOTA"), Ohio Department of Public Safety ("ODPS"), and private training agencies.

2. As a TFO, I conduct investigations involving violations of Federal firearms and narcotics statutes. During my tenure as a TFO, I have conducted criminal investigations involving the illegal possession of firearms and narcotics. Often such investigations utilize undercover agents and/or confidential informants. As a TFO, I am authorized to investigate violations of United States laws and to execute search warrants and arrest warrants issued under the authority of the United States.

3. Because this Affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish the necessary foundation for the requested complaint.

**PROBABLE CAUSE**

4. On or about January 6, 2023, at approximately 5:11pm, Portage County Sheriff's Office (PCSO), Deputy Bradley observed a Ford SUV violate multiple traffic offenses on Wall Street and while turning onto State Route 59 in the Township of Ravenna, in the Northern District of Ohio, Eastern Division. After the vehicle turned on State Route 59, Deputy Bradley conducted a traffic stop. The vehicle slowed down but continued driving for approximately 200 feet. There were two occupants of the vehicle. The driver was identified as Justin M. SMITH. Deputy Bradley deployed his police K-9, Karo conducting an exterior sniff of the vehicle which resulted in a positive alert for narcotic odor.

5. During a probable cause search of the vehicle, Deputy Bradley recovered a loaded Raven Arms Co., Model MP25, .25 caliber pistol bearing serial number 915162 with six rounds of ammunition from the driver's door. Additionally, as the probable cause search continued, Deputy Bradley located a box of .25 caliber ammunition containing 39 rounds in the truck area of the SUV.

6. On the same date, I arrived on scene and conducted an interview of SMITH. Prior to the start of the interview, I advised SMITH of his constitutional rights which he acknowledged and agreed to speak with law enforcement. During the interview, SMITH made the following statements:

   a. The firearm was not his but when asked when he got it, SMITH stated about six months ago. SMITH acknowledged the firearm was in his vehicle and knows where it came from. Additionally, SMITH asked if it was "hot," which is known to law enforcement to be another word for stolen.

    b. I then asked SMITH how much he paid for the firearm, and he stated $200, then corrected himself and stated $250.

    c. When asked if he received the ammunition with the purchase of the firearm, SMITH stated "no." SMITH further explained that you can buy ammunition anywhere. SMITH stated that he purchased the ammunition at the Bait and Tackle shop on State Route 14 in Ravenna Township.

7. I consulted with an interstate nexus expert with the ATF who opined that the Raven Arms Co. Model MP25, .25 caliber pistol bearing serial number 915162 and ammunition recovered from SMITH'S vehicle on January 6, 2023, was not manufactured or originally assembled in the State of Ohio and had therefore traveled in and affected interstate and/or foreign commerce.

8. SMITH is prohibited from possessing firearms and ammunition based on the following convictions for misdemeanor domestic violence and crimes punishable by imprisonment for a year or more:

    a. Robbery, on or about September 2, 2004, in case number CR 04 05 1482, in the Summit County, Ohio, Court of Common Pleas.

    b. Misdemeanor Domestic Violence, on or about March 29, 2013, in case number 12 CRB 12491, in the Akron Municipal Court.

    c. Aggravated Robbery, on or about September 17, 2013, in case number 2013 CR 0379, in the Portage County, Ohio, Court of Common Pleas.

    d. SMITH was present for his sentencing and therefore knew he had a prior misdemeanor and felony convictions.

## CONCLUSION

9. Based upon the above listed facts and circumstances, there is probable cause to believe that on January 6, 2023, Justin Michael SMITH violated Title 18, United States Code 922(g)(1), that is Felon in Possession of a Firearm.

_____
Eric Centa, Task Force Officer
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 4.1 and 41(d)(3) this 9th day of January, 2023.

_____
Honorable Amanda M. Knapp
United States Magistrate Judge
Northern District of Ohio
Eastern Division