IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
FEB 09 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) INDICTMENT |
| Plaintiff, | ) |
| v. | ) CASE NO. 5:23 CR 0068 |
| JUSTIN M. SMITH, | ) Title 18, United States Code, Sections 922(g)(1), (g)(9), and 924(a)(8) |
| Defendant. | ) JUDGE LIOI |

COUNT 1
(Felon in Possession of a Firearm and Ammunition,
18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury charges:

1.  On or about January 6, 2023, in the Northern District of Ohio, Eastern Division, Defendant JUSTIN M. SMITH, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Robbery, on or about September 2, 2004, in case number CR 2004-05-1482, in the Court of Common Pleas of Summit County, Ohio; and Aggravated Robbery, on or about September 17, 2013, in case number 2013CR0379, in the Court of Common Pleas of Portage County, Ohio, knowingly possessed in and affecting interstate and foreign commerce a firearm, to wit: a Raven Arms Co. Model MP25, .25 caliber pistol bearing serial number 915162, and ammunition, said firearm and ammunition having previously been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT 2
(Prohibited Person in Possession of a Firearm and Ammunition,
18 U.S.C. §§ 922(g)(9) and 924(a)(8))

The Grand Jury further charges:

2. On or about January 6, 2023, in the Northern District of Ohio, Eastern Division, Defendant JUSTIN M. SMITH, knowing he had previously been convicted of a misdemeanor crime of domestic violence, that being: Domestic Violence, on or about December 11, 2012, in case number 12CRB12491, in the Akron Municipal Court, knowingly possessed in and affecting interstate and foreign commerce a firearm, to wit: a Raven Arms Co. Model MP25, .25 caliber pistol bearing serial number 915162, and ammunition, said firearm having been previously shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(9) and 924(a)(8).

## FORFEITURE

The Grand Jury further charges:

3. The allegations contained in Counts 1-2 of this Indictment are hereby re-alleged and incorporated by reference as if fully set forth herein for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c). As a result of these offenses, Defendant JUSTIN M. SMITH shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of the offenses; including, but not limited to, the following:

      a.      Raven Arms Co. Model MP25 .25 caliber pistol, bearing serial number: 915162, and ammunition.

                          A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.